UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DESMOND DELGADILLO**, | Case No. 1:19-cv-03198 |
| Plaintiff, | |
| vs. | Judge Alison J. Nathan |
| **MARY ARNOLD TOYS, INC.**, | |
| Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff Desmond Delgadillo ("Plaintiff"), by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action against the Defendant, Mary Arnold Toys, Inc., with prejudice. Each party shall bear its own costs in this action.

Respectfully submitted,

*/s/ Javier L. Merino*
DannLaw
Javier L. Merino, Esq. (5294699)
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
(201) 355-3440- Direct
(216) 373-0539- Main
(216) 373-0536- Fax
notices@dannlaw.com
*Counsel of Record for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of October, 2019, a copy of the foregoing was filed electronically via ECF/CM. A copy was also sent via electronic mail to the Counsel for Defendant Mary Arnold Toys, Inc. at the address listed below:

Damien H. Weinstein, Esq.
dweinstein@weinsteinklein.com
*Counsel for Defendant*

                                         */s/ Javier Merino*
                                         Javier Merino, Esq. (5294699)